Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29011−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Tattegrain               Cindy Cyriaque
117 Madie Avenue                117 Madie Avenue
Spotswood, NJ 08884             Spotswood, NJ 08884

Social Security No.:
xxx−xx−9493                     xxx−xx−2357

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/19 at 09:00 AM

to consider and act upon the following:

*60* − Creditor's Certification of Default (related document:47 Motion for Relief from Stay re: Lot 23 Block 85.11 Commonly Known As 117 Madie Avenue, Spotswood, NJ 08884. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage−Backed Pass−Through Certificates, Series 2005−10, 51 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage−Backed Pass−Through Certificates, Series 2005−10. Objection deadline is 11/26/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 11/26/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court