UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass- Through Certificates, Series 2005-10

In Re:
    Cindy Cyriaque, Joseph Tattegrain,

Debtors.

**Order Filed on December 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-29011 MBK
Adv. No.:
Hearing Date: 12/17/19 @ 9:00 a.m..
Judge: Jerrold N. Poslusny, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Cindy Cyriaque, Joseph Tattegrain
Case No: 16-29011 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass- Through Certificates, Series 2005-10, Denise Carlon appearing, upon a certification of default as to real property located at 117 Madie Avenue Spotswood, NJ, 08884, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Jacqueline Rita Rocci, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 16, 2019, Debtor is due for the March 2019 – December 2019 post-petition payments for a total post-petition default of $25,859.21 (1 @ $2,719.61, 9 @ $2,799.75, $2,058.15 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $10,000.00 to be received no later than December 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $15,859.21 will be paid by Debtor remitting $1,321.58 per month for eleven months and $1,321.83 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on January 1, 2020 and continue for a period of twelve months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2020, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:   Cindy Cyriaque, Joseph Tattegrain
Case No:  16-29011 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan and the certification is hereby resolved.

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.