UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing LLC as servicing agent for
U.S. Bank National Association, As Trustee for Credit
Suisse First Boston Mortgage Securities Corp., CSFB
Mortgage-Backed Pass- Through Certificates, Series
2005-10

Order Filed on December 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-29011 MBK
Adv. No.:
Hearing Date: 12/17/19 @ 9:00 a.m..
Judge: Jerrold N. Poslusny, Jr.

In Re:
    Cindy Cyriaque, Joseph Tattegrain,

Debtors.

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Cindy Cyriaque, Joseph Tattegrain
Case No:   16-29011 MBK
Caption of Order:   ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, As Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass- Through Certificates, Series 2005-10, Denise Carlon appearing, upon a certification of default as to real property located at 117 Madie Avenue Spotswood, NJ, 08884, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Jacqueline Rita Rocci, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 16, 2019, Debtor is due for the March 2019 – December 2019 post-petition payments for a total post-petition default of $25,859.21 (1 @ $2,719.61, 9 @ $2,799.75, $2,058.15 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $10,000.00 to be received no later than December 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $15,859.21 will be paid by Debtor remitting $1,321.58 per month for eleven months and $1,321.83 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on January 1, 2020 and continue for a period of twelve months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2020, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:   Cindy Cyriaque, Joseph Tattegrain
Case No:  16-29011 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan and the certification is hereby resolved.

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-29011-MBK
Joseph Tattegrain                                                                                   Chapter 13
Cindy Cyriaque
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 27, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
db/jdb        +Joseph Tattegrain,   Cindy Cyriaque,   117 Madie Avenue,   Spotswood, NJ 08884-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor   U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
           Series 2005-10 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor   Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Chandra Marie Arkema    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
           Certificates, Series 2005-10 Bankruptcy_Notifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
           Certificates, Series 2005-10 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
           Series 2005-10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for
           Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee for
           SACO I Trust 2005-10, Mortgage Backed Certificates, Ser NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
           Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., As Trustee for
           SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
           Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., As Trustee for
           SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Jacqueline Rita Rocci    on behalf of Debtor Joseph  Tattegrain jacqueline@rocciesquire.com
          Jacqueline Rita Rocci    on behalf of Joint Debtor Cindy  Cyriaque jacqueline@rocciesquire.com
          Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor   Credit Suisse First Boston Mortgage Securities
           Corp., CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                                     TOTAL: 14