Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29011−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Tattegrain                                Cindy Cyriaque
117 Madie Avenue                                 117 Madie Avenue
Spotswood, NJ 08884                              Spotswood, NJ 08884

Social Security No.:
  xxx−xx−9493                                                xxx−xx−2357

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 1, 2017.

On July 13, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            August 12, 2020
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 14, 2020
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29011-MBK
Joseph Tattegrain                                                       Chapter 13
Cindy Cyriaque
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 14, 2020
                              Form ID: 185             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
```
db/jdb         +Joseph Tattegrain,    Cindy Cyriaque,    117 Madie Avenue,    Spotswood, NJ 08884-1111
cr             +Select Portfolio Servicing, Inc. as servicer for W,    P. O. Box 9013,   Addison, TX 75001-9013
cr             +Select Portfolio Servicing, Inc., as servicer for,    P. O. Box 9013,   Addison, TX 75001-9013
cr             +Specialized Loan Servicing, LLC,   c/o Stewart Legal Group, P.L.,    P.O. Box 340514,
                 Tampa, FL 33694-0514
516430351      +America's Servicing Company,   Return Mail Operations,    PO Box 10368,
                 Des Moines, IA 50306-0368
516487044       America's Servicing Company,   Default Document Processing,    MAC#N9286-01&,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516615457       Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
516633272       Emergency Physicians Associates North Jersey, PC,    PO Box 1123,   Minneapolis MN 55440-1123
516430356      +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
517707257       New York State Dept. of Taxation and Finance,    Bankruptcy Section,   POB 5300,
                 Albany, NY 12205-0300
516430359      +Rubin & Rothman,    1787 Veterans Highway,    Islandia, NY 11749-1500
516430360     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation-Bankruptcy Depart,    PO Box 245,   Trenton, NJ 08646-0245)
517947965      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517947966      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516430362     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    PO Box 5855,
                 Carol Stream, IL 60197)
516430361      +Target,   C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516638564       U. S. Department of Education,   c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
516484827       U.S. Bank National Association, as Trustee,    c/o America's Servicing Company,
                 Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
516504511       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
516430363      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,   Madison, WI 53704-3121
516430364      +Wells Fargo Home Mtg (dba) Americas Serv,    1000 Blue Gentian Rd. #300,   Mac #X7801-02k,
                 Eagan, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 23:46:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 23:46:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516460652      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 14 2020 23:46:06
                 AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
516430352      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 15 2020 00:17:52
                 Capital One Auto Finance,    Attn: Bankruptcy Dept,   Po Box 30258,
                 Salt Lake City, UT 84130-0258
516430353      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 14 2020 23:53:12
                 Capital One Auto Finance,    7933 Preston Road,   Plano, TX 75024-2302
516445067      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 14 2020 23:53:08
                 Capital One Auto Finance c/o AIS Portfolio Service,    d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
516507213      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 14 2020 23:53:34
                 Capital One Auto Finance,,    c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
516430355      +E-mail/Text: mrdiscen@discover.com Jul 14 2020 23:45:44     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516430357       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 14 2020 23:46:03     Internal Revenue Service,
                 Department of the Treasury,    PO Box 21126,   Philadelphia, PA 19114
516430354       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 14 2020 23:53:30    Chase Mtg,
                 Po Box 24696,    Columbus, OH 43224
516430358      +E-mail/PDF: pa_dc_claims@navient.com Jul 14 2020 23:53:36     Navient,   Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
516642796      +E-mail/Text: bncmail@w-legal.com Jul 14 2020 23:46:40     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516646851       E-mail/Text: jennifer.chacon@spservicing.com Jul 14 2020 23:47:05
                 Wilmington Trust, N.A. Trustee (See 410),    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, Utah 84165-0250
                                                                                              TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jul 14, 2020
                              Form ID: 185             Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Select Portfolio Servicing, Inc. as servicer for W,    P. O. Box 9013,    Addison, TX 75001-9013
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
           Series 2005-10 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Chandra M. Arkema    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
           Series 2005-10 carkema@squirelaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
           Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates,
           Series 2005-10 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
           Certificates, Series 2005-10 ewassall@logs.com,    njbankruptcynotifications@logs.com
          Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for
           Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee for
           SACO I Trust 2005-10, Mortgage Backed Certificates, Ser NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
           Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., As Trustee for
           SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
           Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., As Trustee for
           SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
          Jacqueline Rita Rocci    on behalf of Joint Debtor Cindy  Cyriaque jacqueline@rocciesquire.com
          Jacqueline Rita Rocci    on behalf of Debtor Joseph  Tattegrain jacqueline@rocciesquire.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities
           Corp., CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 15
```