Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29011−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Tattegrain
117 Madie Avenue
Spotswood, NJ 08884

Cindy Cyriaque
117 Madie Avenue
Spotswood, NJ 08884

Social Security No.:
xxx−xx−9493

xxx−xx−2357

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date: 10/28/20
Time: 01:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jacqueline Rita Rocci Esq

COMMISSION OR FEES
$3300.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: Payment to unsecured creditors is reduced by $800.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 30, 2020
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Tattegrain  
Cindy Cyriaque  
    Debtor(s)

Case No. 16-29011-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 30, 2020      Form ID: 137      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Tattegrain, Cindy Cyriaque, 117 Madie Avenue, Spotswood, NJ 08884-1111 |
| cr | + | Select Portfolio Servicing, Inc. as servicer for W, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Select Portfolio Servicing, Inc., as servicer for, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Specialized Loan Servicing, LLC, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 516430351 | + | America's Servicing Company, Return Mail Operations, PO Box 10368, Des Moines, IA 50306-0368 |
| 516487044 | | America's Servicing Company, Default Document Processing, MAC#N9286-01&, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 516615457 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516633272 | | Emergency Physicians Associates North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516430356 | + | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517707257 | | New York State Dept. of Taxation and Finance, Bankruptcy Section, POB 5300, Albany, NY 12205-0300 |
| 516430359 | + | Rubin & Rothman, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 516430360 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, PO Box 245, Trenton, NJ 08646-0245 |
| 517947965 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517947966 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516430362 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corporation, PO Box 5855, Carol Stream, IL 60197 |
| 516430361 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 516638564 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 516484827 | | U.S. Bank National Association, as Trustee, c/o America's Servicing Company, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-7700 |
| 516504511 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 516430363 | + | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 516430364 | + | Wells Fargo Home Mtg (dba) Americas Serv, 1000 Blue Gentian Rd. #300, Mac #X7801-02k, Eagan, MN 55121-1786 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2020 22:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2020 22:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516460652 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 30 2020 22:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516430353 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Sep 30 2020 22:54:51 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 516430352 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Sep 30 2020 22:54:51 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516445067 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 30 2020 22:56:49 | Capital One Auto Finance c/o AIS Portfolio Service, d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516507213 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 30 2020 22:54:48 | Capital One Auto Finance,, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 516430355 | + | Email/Text: mrdiscen@discover.com | Sep 30 2020 22:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516430357 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2020 22:40:00 | Internal Revenue Service, Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 516430354 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 22:55:46 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 516430358 | + | Email/PDF: pa_dc_claims@navient.com | Sep 30 2020 22:55:50 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516642796 | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 22:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516646851 | | Email/Text: jennifer.chacon@spservicing.com | Sep 30 2020 22:41:00 | Wilmington Trust, N.A. Trustee (See 410), c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, Utah 84165-0250 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc. as servicer for W, P. O. Box 9013, Addison, TX 75001-9013 |
| jdb | *+ | Cindy Cyriaque, 117 Madie Avenue, Spotswood, NJ 08884-1111 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | |

Case 16-29011-MBK    Doc 86    Filed 10/02/20    Entered 10/03/20 00:32:41    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 137 | Total Noticed: 34 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | |
| | on behalf of Creditor Wells Fargo Bank N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Chandra M. Arkema | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 carkema@squirelaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 ewassall@logs.com, njbankruptcynotifications@logs.com |
| Francesca Ann Arcure | |
| | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Ser NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | |
| | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | |
| | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jacqueline Rita Rocci | |
| | on behalf of Joint Debtor Cindy Cyriaque jacqueline@rocciesquire.com |
| Jacqueline Rita Rocci | |
| | on behalf of Debtor Joseph Tattegrain jacqueline@rocciesquire.com |
| Jason Brett Schwartz | |
| | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

TOTAL: 15