UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
STEWART LEGAL GROUP, P.L.
Formed in the State of Florida
Gavin N. Stewart, Esq.
Of Counsel to Bonial & Associates, P.C.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
Attorney for Creditor

Order Filed on September 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Joseph Tattegrain
Cindy Cyriaque

Case No.: 16-29011-MBK

Chapter: 13

Judge: Michael B. Kaplan

# ORDER ON MOTION FOR AUTHORIZATION
# TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT
# (CHAPTER 13)

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on __August 26, 2021__, as to the __first__ mortgage *[enter first, second, third, etc.]* concerning real property located at __117 Madie Avenue, Spotswood, NJ 08884__, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☒  The debtor is authorized to enter into the final loan modification agreement.

1) The loan modification must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3) Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a *Modified Chapter 13 Plan and Motions* within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4) Check one:

☒ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

☐ Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

☐ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5) If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

☒ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*new.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-29011-MBK
Joseph Tattegrain  Chapter 13
Cindy Cyriaque
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 14, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Joseph Tattegrain, Cindy Cyriaque, 117 Madie Avenue, Spotswood, NJ 08884-1111

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew M. Lubin
    on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Andrew M. Lubin
    on behalf of Creditor Wells Fargo Bank  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Chandra M. Arkema
    on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 carkema@squirelaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Francesca Ann Arcure
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Ser NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jacqueline Rita Rocci, I
    on behalf of Joint Debtor Cindy Cyriaque jacqueline@rocciesquire.com

Jacqueline Rita Rocci, I
    on behalf of Debtor Joseph Tattegrain jacqueline@rocciesquire.com

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

Kevin Gordon McDonald
    on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

TOTAL: 15