| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049<br><br>In Re:<br><br>Joseph Tattegrain and<br>Cindy Cyriaque | Case No.: 16-29011<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: December 8, 2021<br><br>Judge: Kaplan |

## CERTIFICATION OF SERVICE

1. I, **Jacqueline Rocci**:

   ☒ represent **Debtor** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **November 3, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Apportion Insurance Proceeds, Certification in Support, Statement of No Brief Necessary, Proposed Order and Exhibits

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/4/2021

/s/ Jacqueline R. Rocci
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Agent: Angela Lopez<br>AmeriCredit (GM Financial)<br>Corporate Office<br>801 Cherry Street, Ste. 3500<br>Fort Worth, TX 76102 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email as agreed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>docs@russotrustee.com | Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Tattegrain and<br>Cindy Cyriaque | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email as agreed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |