| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and telephone number]*<br><br>**Jacqueline R. Rocci, Esquire (2911)**<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049 | |

Order Filed on December 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: Joseph Tattegrain &<br><br>Cindy Cyriaque, | Case No.:<br>Chapter:<br>Hearing Date:<br>Judge: | 16-29011<br>13<br>December 8, 2021<br>Kaplan |

## ORDER apportioning Insurance Proceeds

The relief set forth in the following page is hereby ordered.

**DATED: December 20, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

*In re Tattegrain, 16-29011 MBK*
Motion to Apportion Insurance Proceeds
Returnable:  December 8, 2021

THIS MATTER having been presented to the Court by Counsel for Debtors, by way of Motion and having reviewed the pleadings and documents provided by counsel and objection filed by counsel, if any, the position of any parties in interest, if any, and for good cause it is hereby

ORDERED AND ADJUDGED THAT the insurance proceeds in the amount of $13,225.21 presently being held by GM Financial be apportioned as follows:

a. *$5,130.30 may be retained by GM Financial to pay off the balance of the lien for one 2013 Toyota Highlander: and the balance of*

b. *$8,094.71, shall be made payable to Debtors as per the Exemption 11 U.S.C. 522(d)(5) as indicated in amended Schedule C*

FURTHER ORDERED that GM Financial shall amend Claim 4 filed on November 28, 2016, to Zero within 30 days from the date of this order; and IT IS

FURTHER ORDERED that the Trustee suspend all payments to GM Financial through the Plan.