UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049
jacqueline@rocciesquire.com

Case No.: 16-29011

Chapter: 13

In Re:

Joseph Tattegrain and
Cindy Cyriaque

Adv. No.: 

Hearing Date: 

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Jacqueline Rocci :

    ☒ represent Debtor in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 3, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for Retention of Special Counsel, Certification in Support and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/3/2022

/s/ Jacqueline Rocci
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>docs@russotrustee.com | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TOBIN KESSLER GREENSTEIN CARUSO WIENER & KONRAY<br>136 Central Avenue<br>Clark, NJ  07066<br>Tel (732) 388-5454 | Special Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Tattegrain and Cindy Cyriaque | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  emaill by agreement<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |