Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29011−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Tattegrain                                  Cindy Cyriaque
   117 Madie Avenue                           117 Madie Avenue
   Spotswood, NJ 08884                  Spotswood, NJ 08884

Social Security No.:
   xxx−xx−9493                                     xxx−xx−2357

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     5/24/23
Time:    02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jacqueline Rita Rocci I, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,900.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑   will not reduce the amount to be paid to general unsecured
          creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 26, 2023
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-29011-MBK |
| Joseph Tattegrain | Chapter 13 |
| Cindy Cyriaque | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 26, 2023 | Form ID: 137 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Tattegrain, Cindy Cyriaque, 117 Madie Avenue, Spotswood, NJ 08884-1111 |
| cr | + | Select Portfolio Servicing, Inc. as servicer for W, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Select Portfolio Servicing, Inc., as servicer for, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Specialized Loan Servicing, LLC, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| sp | + | Tobin Kessler Greenstein Caruso, Esq., 136 Central Avenue, Clark, NJ 07066-1142 |
| 516430351 | + | America's Servicing Company, Return Mail Operations, PO Box 10368, Des Moines, IA 50306-0368 |
| 516430356 | #+ | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516430360 | | State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, PO Box 245, Trenton, NJ 08646-0245 |
| 516638564 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516460652 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2023 20:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516487044 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2023 20:52:52 | America's Servicing Company, Default Document Processing, MAC#N9286-01&, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516430353 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 26 2023 20:52:39 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 516430352 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 26 2023 20:52:39 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 516445067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 20:52:37 | Capital One Auto Finance c/o AIS Portfolio Service, d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516507213 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 20:52:27 | Capital One Auto Finance,, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 516430355 | + | Email/Text: mrdiscen@discover.com | Apr 26 2023 20:41:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516615457 | | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 16-29011-MBK    Doc 116    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 137 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 20:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516633272 | ^ | MEBN | | |
| | | | Apr 26 2023 20:36:52 | Emergency Physicians Associates North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516430357 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 26 2023 20:41:00 | Internal Revenue Service, Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 516430354 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 26 2023 20:52:36 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 516430358 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Apr 26 2023 20:52:53 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517707257 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Apr 26 2023 20:42:00 | New York State Dept. of Taxation and Finance, Bankruptcy Section, POB 5300, Albany, NY 12205-0300 |
| 516430359 | + | Email/Text: bankruptcy@rubinrothman.com | | |
| | | | Apr 26 2023 20:41:00 | Rubin & Rothman, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 517947965 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 26 2023 20:41:00 | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517947966 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 26 2023 20:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516642796 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 26 2023 20:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516430362 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Apr 26 2023 20:41:00 | Toyota Motor Credit Corporation, PO Box 5855, Carol Stream, IL 60197 |
| 516430361 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 26 2023 20:42:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519332922 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 26 2023 20:41:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516484827 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Apr 26 2023 20:52:37 | U.S. Bank National Association, as Trustee, c/o America's Servicing Company, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516504511 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Apr 26 2023 20:41:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519838262 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Apr 26 2023 20:41:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 516430363 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Apr 26 2023 20:41:00 | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 516430364 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Apr 26 2023 20:52:26 | Wells Fargo Home Mtg (dba) Americas Serv, 1000 Blue Gentian Rd. #300, Mac #X7801-02k, Eagan, MN 55121-1786 |
| 516646851 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 26 2023 20:42:00 | Wilmington Trust, N.A. Trustee (See 410), c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, Utah 84165-0250 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason    Name and Address**

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 137 | Total Noticed: 37 |

cr    *+    Select Portfolio Servicing, Inc. as servicer for W, P. O. Box 9013, Addison, TX 75001-9013

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Chandra M. Arkema | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 carkema@squirelaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Ser farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Joseph Tattegrain jacqueline@rocciesquire.com |
| Jacqueline Rita Rocci, I | on behalf of Joint Debtor Cindy Cyriaque jacqueline@rocciesquire.com |

District/off: 0312-3 | User: admin | Page 4 of 4

Date Rcvd: Apr 26, 2023 | Form ID: 137 | Total Noticed: 37

Jason Brett Schwartz
       on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
       on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

TOTAL: 15