| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jacqueline Rita Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>(732) 321-1049<br>Counsel to Debtor | Order Filed on May 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph Tattegrain and<br>Cindy Cyriaque | Case No.: 16-29011<br>Chapter: 13<br>Judge: Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 25, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jacqueline R. Rocci_____, the applicant, is allowed a fee of $ \_\_\_\_\_1,900.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_0\_\_\_\_\_ for a total of $\_\_\_\_\_1,900.00\_\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_NA\_\_\_ per month for \_\_\_NA\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*