UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-29011 |
| Joseph Tattegrain and Cindy Cyriaque | Chapter: | 13 |
| | Judge: | Kaplan |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Joseph Tattegrain and Cindy Cyriaque__, __Debtors__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Phone (973) 645-4764

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kapan__ on __January 10, 2024__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, N.J. 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury Claim arising from a post-petition accident
Date of Accident: September 29, 2021

Pertinent terms of settlement:
Terms Settlement of Personal Injury Case: $14,500.00
Settlement of UIM Claim: $15,000.00

Objections must be served on, and requests for additional information directed to:

Name: Jacqueline Rita Rocci, Esquire (Counsel to Debtors)

Address: 340 Main Street, Metuchen, New Jersey 08840

Telephone No.: (732) 321-1049 and Email Address: jacqueline@rocciesquire.com

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Tattegrain  
Cindy Cyriaque  
    Debtors

Case No. 16-29011-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 06, 2023      Form ID: pdf905      Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Tattegrain, Cindy Cyriaque, 117 Madie Avenue, Spotswood, NJ 08884-1111 |
| cr | + | Select Portfolio Servicing, Inc. as servicer for W, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Select Portfolio Servicing, Inc., as servicer for, P. O. Box 9013, Addison, TX 75001-9013 |
| sp | + | Tobin Kessler Greenstein Caruso, Esq., 136 Central Avenue, Clark, NJ 07066-1142 |
| 516430351 | + | America's Servicing Company, Return Mail Operations, PO Box 10368, Des Moines, IA 50306-0368 |
| 516430356 | + | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516638564 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 06 2023 20:44:22 | Specialized Loan Servicing, LLC, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 516460652 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 06 2023 20:47:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516487044 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2023 20:53:36 | America's Servicing Company, Default Document Processing, MAC#N9286-01&, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516430353 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 06 2023 21:06:43 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 516430352 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 06 2023 20:53:55 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 516445067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2023 20:54:23 | Capital One Auto Finance c/o AIS Portfolio Service, d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516507213 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2023 20:54:13 | Capital One Auto Finance,, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 516430355 | + | Email/Text: mrdiscen@discover.com | Dec 06 2023 20:47:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516615457 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 06 2023 20:48:00 | Educational Credit Management Corporation, P.O. |

Case 16-29011-MBK   Doc 126   Filed 12/08/23   Entered 12/09/23 00:17:44   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: pdf905 | Total Noticed: 37 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 16408, St. Paul, MN 55116-0408 |
| 516633272 | | Email/Text: BNCnotices@dcmservices.com | Dec 06 2023 20:47:00 | Emergency Physicians Associates North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516430357 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2023 20:47:00 | Internal Revenue Service, Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 516430354 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2023 20:54:39 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 516430358 | + | Email/PDF: pa_dc_claims@navient.com | Dec 06 2023 20:54:42 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517707257 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 06 2023 20:48:00 | New York State Dept. of Taxation and Finance, Bankruptcy Section, POB 5300, Albany, NY 12205-0300 |
| 516430359 | + | Email/Text: bankruptcy@rubinrothman.com | Dec 06 2023 20:47:00 | Rubin & Rothman, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 516430360 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 06 2023 20:47:00 | State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, PO Box 245, Trenton, NJ 08646-0245 |
| 517947965 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 06 2023 20:47:00 | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517947966 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 06 2023 20:47:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516642796 | + | Email/Text: bncmail@w-legal.com | Dec 06 2023 20:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516430361 | + | Email/Text: bncmail@w-legal.com | Dec 06 2023 20:47:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 516430362 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 06 2023 20:47:00 | Toyota Motor Credit Corporation, PO Box 5855, Carol Stream, IL 60197-5855 |
| 519332922 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 06 2023 20:47:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516484827 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2023 20:54:54 | U.S. Bank National Association, as Trustee, c/o America's Servicing Company, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516504511 | | Email/Text: electronicbkydocs@nelnet.net | Dec 06 2023 20:48:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519838262 | + | Email/Text: EBN@edfinancial.com | Dec 06 2023 20:47:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 516430363 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 06 2023 20:48:00 | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 516430364 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2023 20:54:54 | Wells Fargo Home Mtg (dba) Americas Serv, 1000 Blue Gentian Rd. #300, Mac #X7801-02k, Eagan, MN 55121-1786 |
| 516646851 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 06 2023 20:48:00 | Wilmington Trust, N.A. Trustee (See 410), c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, Utah 84165-0250 |

TOTAL: 30

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: pdf905 | Total Noticed: 37 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc. as servicer for W, P. O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Chandra M. Arkema | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 carkema@squirelaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Wilmington Trust, National Association, as successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Ser farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for Wilmington Trust, National Association, As Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., As Trustee for SACO I Trust 2005-10, Mortgage Backed Certificates, Seri farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Joseph Tattegrain jacqueline@rocciesquire.com rocci.jacqueliner.b118579@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 06, 2023 | Form ID: pdf905 | Total Noticed: 37

Jacqueline Rita Rocci, I
    on behalf of Joint Debtor Cindy Cyriaque jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
    on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp.  CSFB Mortgage-Backed Pass-Through Certificates, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

TOTAL: 15