Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–29011–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Tattegrain  
117 Madie Avenue  
Spotswood, NJ 08884

Cindy Cyriaque  
117 Madie Avenue  
Spotswood, NJ 08884

Social Security No.:
xxx–xx–9493                                                                xxx–xx–2357

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Personal Injury Case

Dated: January 4, 2024
JAN: wdr

Jeanne Naughton
Clerk