| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650-4853<br>609-587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Joseph Tattegrain<br>Cindy Cyriaque<br><br>                            Debtors |

Case No.: 16-29011 / MBK

Chapter:  13

Judge: Michael B. Kaplan

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

   Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $16,766.38, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>c/o SELECT PORTFOLIO SERVICING INC<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | $16,766.38 |

DATED: 2/9/2024

/s/  Albert Russo
Albert Russo
Standing Chapter 13 Trustee

1629011    10